IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 215

| | | |
|---|---|---|
| CARL W. COLEMAN; ROBERT F. COLEMAN and wife, MARY ANN COLEMAN, | ) ) ) ) | |
| Plaintiffs | ) ) | |
| V | ) ) | **ORDER** |
| SYNOVUS BANK; SYNOVUS BANK d/b/a NBSC, | ) ) ) ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on John E. Rogers, II's Application for Admission to Practice *Pro Hac Vice* of T. Ryan Langley. It appearing that T. Ryan Langley is a member in good standing with the South Carolina State Bar and will be appearing with John E. Rogers, II, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that John E. Rogers, II's Application for Admission to Practice *Pro Hac Vice* (#17) of T. Ryan Langley is **GRANTED**,

and that T. Ryan Langley is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with John E. Rogers, II.

Signed: April 9, 2013

Dennis L. Howell
United States Magistrate Judge